UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PAMELA MCCARTHY                                CIVIL ACTION

VERSUS                                         NUMBER: 08-3860

MICHAEL J. ASTRUE,                             SECTION: "A"(5)
COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION

O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of the parties to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the Commissioner's decision is reversed and that plaintiff's case is remanded to the Administration for a calculation of benefits.

April 12, 2010

_____
UNITED STATES DISTRICT JUDGE